UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHAKIR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. HORD, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0846 AC P<br><br>FINDINGS & RECOMMENDATIONS |

This prisoner civil rights action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

A recent order of this court was served on plaintiff at his last address of record (California State Prison - Los Angeles County) but returned by the postal service with a notation that it was "Undeliverable, Paroled." See May 24, 2019 Docket Entry and Receipt. Review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) confirms that plaintiff is no longer incarcerated under the authority of CDCR.[1] It appears both that plaintiff has failed to comply with Local Rule 183(b) (which requires that a

---

[1] See http://inmatelocator.cdcr.ca.gov/search.aspx. See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

1

party appearing in propria persona inform the court of any address change), and that he has abandoned this case (plaintiff has not attempted to further contact the court).

"If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Local Rule 183(b). More than sixty-three days have passed since the subject court order was returned by the postal service and plaintiff has failed to notify the Court of his current address.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a district judge to this action.

Additionally, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 1, 2019

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE